

| | | | | |
|---|---|---|---|---|
| M.J., Matter of ................ | 65A01–1612–JC–2786 | 05/05/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Rivera v. State ................ | 02A04–1611–CR–2625 | 05/05/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Jeffries v. State ............... | 79A02–1612–CR–2792 | 05/05/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| White v. State ................. | 53A01–1701–CR–186 | 05/05/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Menard, Inc. v. Lane ........... | 45A03–1606–CT–1283 | 05/05/2017 | MAY, J.<br>KIRSCH, J.<br>CRONE, J. | Granted<br>Concurs<br>Concurs |
| Livesay v. State ............... | 85A02–1610–CR–2462 | 05/05/2017 | DARDEN, Sr.J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| D.S., In re .................... | 45A03–1611–JT–2573 | 05/05/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Johnson v. State ............... | 46A03–1602–CR–329 | 05/08/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Remanded<br>Concurs<br>Concurs |
| Tod v. Indy Goldmine, LLC ...... | 49A04–1609–CT–2157 | 05/09/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Walchle v. State ............... | 02A03–1612–CR–2833 | 05/09/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Dissents with opinion |
| Huffman v. State ............... | 90A02–1612–CR–2791 | 05/09/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Reversed and remanded<br>Concurs<br>Concurs |
| Moore v. State ................. | 49A02–1610–CR–2371 | 05/09/2017 | BRADFORD, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |